# UNITED STATES DISTRICT COURT

NORTHERN        **District of**        CALIFORNIA

Sandra Hylton,

                                Plaintiff (s),

            V.

Life Insurance Company of North America

                                Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:**   C09-05875 CRB

Notice is hereby given that, subject to approval by the court,        SANDRA HYLTON        substitutes

                                                    (Party (s) Name)

        Frank N. Darras, DARRAS LAW        , State Bar No.        128904        as counsel of record in

            (Name of New Attorney)

place of        Frank N. Darras, Shernoff Bidart Darras Echeverria LLP        .

                        (Name of Attorney (s) Withdrawing Appearance)


Contact information for new counsel is as follows:

    Firm Name:        Darras Law

    Address:        3257 East Guasti Road, Suite 300, Ontario, CA 91761

    Telephone:        (909) 390-3770        Facsimile (909) 974-2121

    E-Mail (Optional):        fdarras@darraslaw.com


I consent to the above substitution.

Date:        January 26 2010

_(Signature of Party (s))_

I consent to being substituted.

Date:        February 1, 2010

FRANK N. DARRAS
_(Signature of Former Attorney (s))_

I consent to the above substitution.

Date:        February 1, 2010

_(Signature of New Attorney)_

FRANK N. DARRAS

The substitution of attorney is hereby approved and so ORDERED.


Date:        February 2, 2010

HON. CHARL...

IT IS SO ORDERED

Judge Charles R. Breyer

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

American LegalNet, Inc.
www.FormsWorkflow.com