1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA HYLTON, | Case No: C09-05875 CRB |
| Plaintiff, | |
| vs. | **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendant. | |

# O R D E R

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:    March 23, 2010

Honorable Charles R. Breyer
Judge of the U.S. Di...

IT IS SO ORDERED

Judge Charles R. Breyer